IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE LUIS MENDEZ-SANCHEZ,<br><br>Defendant. | MJ 18-32-BLG-TJC<br><br>**ORDER VACATING PRELIMINARY HEARING** |

Defendant has filed a Motion to Vacate the Preliminary Hearing. (Doc. 11.) Accordingly, IT IS HEREBY ORDERED that the Preliminary Hearing currently set for July 17, 2018 at 2:30 p.m. is VACATED.

DATED this 16th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge