**JOHN D. SULLIVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: John.Sullivan2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

AUG 0 2 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 1OQ-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE** (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| **ALDO FABRIZIO PARDINI, JORGE LUIS MENDEZ-SANCHEZ, and JOSE JESUS ISLAVA-LOPEZ** | |
| Defendants. | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count II) Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

| | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That in or about July 2018, at Billings, within Yellowstone County and elsewhere, in the State and District of Montana, the defendants, ALDO FABRIZIO PARDINI, JORGE LUIS MENDEZ-SANCHEZ, and JOSE JESUS ISLAVA-LOPEZ, together with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about July 10, 2018, at Billings, within Yellowstone County, in the State and District of Montana, the defendants, ALDO FABRIZIO PARDINI, JORGE LUIS MENDEZ-SANCHEZ, and JOSE JESUS ISLAVA-LOPEZ, knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant_____
Bail_____

In Federal Custody

3